UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

In the matter of

JORGE ALBERTO VARGAS

Petitioner.

Case No. 2:15-cv-00763-MMD-NJK

ORDER

Petitioner has filed an application to proceed *in forma pauperis* (dkt. no. 5). The Court finds that petitioner is unable to pay the filing fee.

Currently before the Court are the motion for habeas corpus to release federal inmate and cancel removal, which petitioner submitted with the commencement of this action, a motion for writ of habeas corpus (dkt. no. 3), and a motion for post-conviction relief (dkt. no. 4). Petitioner appears to be detained due to immigration proceedings. Petitioner needs to combine all his claims for relief into one petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner also needs to name the correct respondent, who is the administrator in charge of the jail where he is being held.

It is therefore ordered that the application to proceed *in forma pauperis* (dkt. no. 5) is granted. Petitioner need not pay the filing fee of five dollars ($5.00).

It is further ordered that the motion for writ of habeas corpus (dkt. no. 3) is denied without prejudice.

It is further ordered that the motion for post-conviction relief (dkt. no. 4) is denied without prejudice.

///

1  It is therefore ordered that the Clerk of the Court shall send petitioner form AO 242, petition for a writ a petition for a writ of habeas corpus under 28 U.S.C. § 2241. Petitioner shall have thirty (30) days from the date that this order is entered to file an amended petition that names the correct respondent and that combines all his claims into one petition. Failure to comply with this order will result in the dismissal of this action.

It is further ordered that petitioner shall clearly title the amended petition as such by placing the word "AMENDED" immediately above "Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241" on page 1 in the caption, and petitioner shall place the docket number, 2:15-cv-00763-MMD-NJK, above the word "AMENDED."

DATED THIS 1st day of July 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE